# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PAMELA MCCULLERS, an individual;** | |
| **Plaintiff,** | |
| v. | **Civil Action No.** |
| **KOCH FOODS OF ALABAMA, LLC;** **KOCH FOODS OF ASHLAND LLC;** **KOCH FOODS, INC.; and FICTITIOUS PARTIES** | **1:24-cv-01496-RDP** |
| **Defendants.** | |

## OPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully move the Court for a 30-day extension of time to file a response to Plaintiff's Complaint, until January 6, 2025. In support of this motion, Defendants state as follows:

1. Defendants were served with Plaintiff's Complaint on November 14, 2024, and the executed summons was filed on November 20, 2024. [Doc. 3].

2. Defendants' responsive pleading to Plaintiff's Complaint is currently due on December 5, 2024.

3. Undersigned counsel conferred with Plaintiff's counsel on November 21, 2024. Plaintiff's counsel indicated he would only agree to an extension of the responsive pleading deadline for Defendant to Answer, but not if Defendant pursues a Motion to Dismiss.

4. Defendants have yet to determine the appropriate response to Plaintiff's Complaint. Given the upcoming Thanksgiving holiday next week, Defendants require more time to complete an initial investigation and determine the appropriate response to Plaintiff's Complaint.

4853-6429-3118.1 / 102159-1021

5.  Defendants request the Court extend the deadline to respond to Plaintiff's Complaint by 30 days, which would make the deadline January 6, 2025. This extension is needed to allow counsel for Defendants sufficient time to investigate the allegations of the Complaint and gather information necessary to file a responsive pleading.

6.  This motion is not sought for any improper purpose. Plaintiff will not be prejudiced by the 30-day extension requested by Defendants.

WHEREFORE, Defendants respectfully request that this Court enter an Order extending the time for Defendants to file a responsive pleading to Plaintiff's Complaint to January 6, 2025.

Respectfully submitted,

s/ Tucker D. Crain
Janell M. Ahnert
Tucker D. Crain

Attorneys for Defendants

**OF COUNSEL:**
**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL  35203-3204
Telephone:    205.421.4700
Facsimile:    205.421.4699
jahnert@littler.com
tcrain@littler.com

4853-6429-3118.1 / 102159-1021

## CERTIFICATE OF SERVICE

      I hereby certify that, on November 21, 2024, a true and correct copy of the foregoing pleading was filed with the Court using the CM/ECF filing system and mailed via U.S. Mail to the following:

M. Todd Wheeles
**Wheeles & Garmon, Attorneys at Law**
5000 Southlake Park, Suite 150
Birmingham, AL 35244
Telephone: (205) 593-4934
Fax: (205) 593-4972
todd@wheelesgarmonattorneys.com

                              s/ Tucker D. Crain
                              OF COUNSEL

4853-6429-3118.1 / 102159-1021