FILED

2024 Dec-19  AM 09:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |
|---|---|
| **PAMELA MCCULLERS, an individual;** | |
| **Plaintiff,** | **Civil Action No.** |
| **v.** | **1:24-cv-01496-RDP** |
| **KOCH FOODS OF ALABAMA, LLC;** **KOCH FOODS OF ASHLAND LLC;** **KOCH FOODS, INC.; and FICTITIOUS** **PARTIES** | |
| **Defendants.** | |

## JOINT REPORT REGARDING LUNCH

Pursuant to this Court's November 16, 2024 Order [Doc. 7], Plaintiff and Defendants hereby submit this Joint Report Regarding Lunch. On December 16, 2024, undersigned counsel met for lunch at Saw's BBQ in Hoover, Alabama, for over an hour. The discussion covered the practice of law, families, some big-ticket items for the 2024 holiday season, everyone's small town bona fides, and the plan for communication going forward in this matter. A healthy dialogue regarding professional norms ensued. Plaintiff's counsel paid the $74.00 bill, and Defendants' counsel left a $74.00 tip.

Respectfully submitted on this 19th day of December, 2024,

| | |
|---|---|
| s/ M. Todd Wheeles | s/ Tucker D. Crain |
| M. Todd Wheeles | Janell M. Ahnert |
| Maggie L. Martin | Tucker D. Crain |
| **Wheeles & Garmon, Attorneys at Law** | **LITTLER MENDELSON, P.C.** |
| 5000 Southlake Park, Suite 150 | 420 20th Street North, Suite 2300 |
| Birmingham, AL 35244 | Birmingham, AL 35203 |
| todd@wheelesgarmonattorneys.com | jahnert@littler.com |
| maggie@wheelesgarmonattorneys.com | tcrain@littler.com |
| | |
| Counsel for Plaintiff | Counsel for Defendants |