IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PAMELA MCCULLERS**, an individual;<br><br>Plaintiff,<br><br>v.<br><br>**KOCH FOODS OF ALABAMA, LLC; KOCH FOODS OF ASHLAND LLC; KOCH FOODS, INC.;** and **FICTITIOUS PARTIES**<br><br>Defendants. | Civil Action No.<br><br>1:24-cv-01496-RDP |

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Koch Foods of Alabama, LLC; Koch Foods of Ashland, LLC; and Koch Foods, Inc. (collectively "Defendants"), file this Certificate of Interested Persons and Corporate Disclosure Statement and state as follows:

None of the Defendants have issued shares of debt securities to the public. Furthermore, no parent, subsidiary, or affiliate of Defendants has issued shares or debt securities to the public, nor does any publicly owned company own ten percent or more of the stock of any of the Defendants. Defendants generally are in the poultry business.

1

Submitted January 6, 2025.

          s/*Janell M. Ahnert*
          Janell M. Ahnert
          Tucker D. Crain

          Attorneys for Defendants

**OF COUNSEL:**
**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL  35203-3204
Telephone:  205.421.4700
Facsimile:   205.421.4699
jahnert@littler.com
tcrain@littler.com

# CERTIFICATE OF SERVICE

     I hereby certify that, on January 6, 2025, a true and correct copy of the foregoing pleading was filed with the Court using the CM/ECF filing system and mailed via U.S. Mail to the following:

M. Todd Wheeles
Maggie L. Martin
**Wheeles & Garmon, Attorneys at Law**
5000 Southlake Park, Suite 150
Birmingham, AL 35244
Telephone: (205) 593-4934
Fax: (205) 593-4972
todd@wheelesgarmonattorneys.com
maggie@wheelesgarmonattorneys.com

          s/*Janell M. Ahnert*
          OF COUNSEL