# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PAMELA MCCULLERS,** an individual; | |
| **Plaintiff,** | Civil Action No. |
| v. | 1:24-cv-01496-RDP |
| **KOCH FOODS OF ALABAMA, LLC; KOCH FOODS OF ASHLAND LLC; KOCH FOODS, INC.;** and **FICTITIOUS PARTIES** | |
| **Defendants.** | |

## DEFENDANTS' NOTICE OF FILING TABLE OF CONTENTS

Defendants Koch Foods of Alabama, LLC; Koch Foods of Ashland, LLC; and Koch Foods, Inc. (collectively "Defendants") hereby submit the attached Table of Contents pertaining to their Opposed Motion to Dismiss Plaintiff's Complaint and Incorporated Brief in Support [Doc. 11] filed on January 6, 2025 to comply with Exhibit B of the Initial Order [Doc. 13] entered on January 7, 2025.

s/*Janell M. Ahnert*
Janell M. Ahnert
Tucker D. Crain

Attorneys for Defendants

**OF COUNSEL:**
**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL  35203-3204
Telephone:  205.421.4700
Facsimile:   205.421.4699
jahnert@littler.com
tcrain@littler.com

### CERTIFICATE OF SERVICE

  I hereby certify that, on January 8, 2025, a true and correct copy of the foregoing pleading was filed with the Court using the CM/ECF filing system and mailed via U.S. Mail to the following:

M. Todd Wheeles
Maggie L. Martin
**Wheeles & Garmon, Attorneys at Law**
5000 Southlake Park, Suite 150
Birmingham, AL 35244
Telephone: (205) 593-4934
Fax: (205) 593-4972
todd@wheelesgarmonattorneys.com
maggie@wheelesgarmonattorneys.com

           s/*Janell M. Ahnert*
           OF COUNSEL

2