**TABLE OF CONTENTS**

I. INTRODUCTION. ............................................................................................... 1

II. LEGAL ARGUMENT. ........................................................................................ 2

    A. Standard of Review on Motions to Dismiss. ............................. 2

    B. Count One Should Be Dismissed because Plaintiff Fails To Allege Different Treatment Based on her Sex. ..................... 3

    C. Count Two Should Be Dismissed because Plaintiff Does Not Allege Sufficiently Severe and Pervasive Harassment. ...... 7

    D. Count Three Should Be Dismissed Because the At-Will Doctrine Bars Plaintiff's Wrongful Termination Claim. ............ 9

    E. Count Four Should be Dismissed because Plaintiff's Negligence Claim is Largely Subsumed by Title VII and Otherwise Fails to Establish Recognized Legal Duties Under Alabama Law. ...... 10

    F. Count Five Should be Dismissed because Plaintiff's Negligent Hiring, Training, Retention, and Supervision Claim Does Not Allege an Allegedly Incompetent Employee Committed an Underlying Tort. ................................................................. 13

    G. Counts Six, Eight, and Nine Should Be Dismissed because Vicarious Liability is Not a Standalone Cause of Action. ........ 14

III. CONCLUSION. ................................................................................................ 16

4937-0056-7053
4937-0056-7053.1 / 102159-1021